Local

# Court of General Sessions
## State of Tennessee, County of Shelby

CIVIL WARRANT    No. 1160390

**To Any Lawful Officer to Execute and Return:**

Summon the Defendant(s) __STATE FARM FIRE AND CASUALTY COMPANY__

__1244 NORTH PRIMACY PARKWAY__

__MEMPHIS, TENNESSEE 38119__

__(BY SERVICE ON ANY OFFICER OR MANAGING AGENT)__

to appear before the Court of General Sessions of Shelby County, Tennessee, to be held at the Courtrooms of said Court in said County and there to answer in a civil action brought by the Plaintiff __RAY BRUNSON and wife, MARY BRUNSON__

for __DAMAGES TO PLAINTIFFS AS A RESULT OF DEFENDANT'S BREACH OF CONTRACT ARISING OUT OF HAIL DAMAGE TO PLAINTIFFS' HOUSE IN BARTLETT, SHELBY COUNTY, TENNESSEE ON MAY 31, 2006.__

under __$25,000.00__ Dollars

Issued this __18th__ day of __July__, 20__06__

Atty. for Counter-Plaintiff __JOSEPH MICHAEL COOK__

Address __871 Ridgeway Loop, #108, Memphis, TN 38120__

Phone __901/682-9655__

Code No. __C12220__

B.P.R. No. __6385__

Court of General Sessions
By _____ Deputy Clerk

## JUDGMENT

Judgment for _____

$ _____ and Cost of suit, for which Execution may issue.

This ____ day of _____, 20____.

Judge of Division _____

### COURT HEARING

DAY _____  DATE _____  TIME _____ o'clock A.M.

Came to hand same day issued and executed as commanded on

PER Robert DUNLAP, No one at this location can accept service of SUM. This paper must go to MURF, TN NASHVILLE COMMERCE of TN

This __25__ day of __July__, 20__06__
Mark Luttrell, Sheriff

Came to hand same day issued and executed as commanded on

This ____ day of _____, 20____
Mark Luttrell, Sheriff

E. Reynold gr

EXHIBIT B

## Court of General Sessions
## State of Tennessee, County of Shelby

CIVIL WARRANT   No. 1160390

To Any Lawful Officer to Execute and Return:

Summon the Defendant (s)   **STATE FARM FIRE AND CASUALTY COMPANY**

**1244 NORTH PRIMACY PARKWAY**

**MEMPHIS, TENNESSEE 38119**

**(BY SERVICE ON ANY OFFICER OR MANAGING AGENT)**

to appear before the Court of General Sessions of Shelby County, Tennessee, to be held at the Courtrooms of said Court in said County and there to answer in a civil action brought by the Plaintiff **RAY BRUNSON and wife, MARY BRUNSON**

for **DAMAGES TO PLAINTIFFS AS A RESULT OF DEFENDANT'S BREACH OF CONTRACT ARISING OUT OF HAIL DAMAGE TO PLAINTIFFS' HOUSE IN BARTLETT, SHELBY COUNTY, TENNESSEE ON MAY 31, 2006.**

under $25,000.00   Dollars

Issued this ____ day of _____, 20___

Court of General Sessions

By _____
          Deputy Clerk

Atty. for Counter-Plaintiff **JOSEPH MICHAEL COOK**

Address **871 Ridgeway Loop, #108, Memphis, TN 38120**

Phone   **901/682-9655**

Code No.   **C12220**

B.P.R. No.   **6385**

### JUDGMENT

_____ Judgment for _____

_____ $ _____ and Cost of suit, for which Execution may issue.

This ____ day of _____, 20___.

_____
Judge of Division _____

### COURT HEARING

DAY _____   DATE _____   TIME _____ o'clock A.M.

Came to hand same day issued and executed as commanded on

_____

This ____ day of _____, 20___
          Mark Luttrell, Sheriff

Came to hand same day issued and executed as commanded on

_____

This ____ day of _____, 20___
          Mark Luttrell, Sheriff

# Court of General Sessions
## State of Tennessee, County of Shelby

ALIAS **CIVIL WARRANT**     No. __1160390__

**To Any Lawful Officer to Execute and Return:**

Summon the Defendant (s) __STATE FARM FIRE AND CASUALTY COMPANY__

__1244 NORTH PRIMACY PARKWAY__

__MEMPHIS, TENNESSEE  38119__

__(BY SERVICE ON ANY OFFICER OR MANAGING AGENT)__

to appear before the Court of General Sessions of Shelby County, Tennessee, to be held at the Courtrooms of said Court in said County and there to answer in a civil action brought by the Plaintiff __RAY BRUNSON and wife, MARY BRUNSON__

for __DAMAGES TO PLAINTIFFS AS A RESULT OF DEFENDANT'S BREACH OF CONTRACT ARISING OUT OF HAIL DAMAGE TO PLAINTIFFS' HOUSE IN BARTLETT, SHELBY COUNTY, TENNESSEE ON MAY 31, 2006.__

under $25,000.00 Dollars

Issued this __27__ day of _____, 20__

Court of General Sessions

By _____ Deputy Clerk

Atty. for Counter-Plaintiff __JOSEPH MICHAEL COOK__

Address __871 Ridgeway Loop, #108, Memphis, TN 38120__

Phone __901/682-9655__

Code No. __C15901__

B.P.R. No. __6385__

## JUDGMENT

**PLAINTIFF** Judgment for _____ $ __24,999.99__ and Cost of suit, for which Execution may issue.

This __8__ day of __May__, 20 __07__

MAR 8 2007

_____ Judge of Division

### COURT HEARING

DAY __FRI__   DATE __JAN 5 2007__   TIME __10:00__ o'clock A.M.

Came to hand same day issued and executed as commanded on __YELNICK/O DUNCAN CLAIM REP__

This __1__ day of __NOV__, 20__06__
Mark Luttrell., Sheriff

__P. Raynor__
Deputy Sheriff

Came to hand same day issued and executed as commanded on _____

This ___ day of _____, 20___
Mark Luttrell, Sheriff

_____ Deputy Sheriff



EXHIBIT 6

**State Farm Insurance Companies**
**State Farm Fire and Casualty**
**P.O. Box 20598**
**Murfreesboro, TN 37129-0087**

888-898-6214 fax
07/09/2006

| | | | | |
|---|---|---|---|---|
| Estimate: | 42-B147-032 | | Claim Number: | 42-B147-032 |
| Insured: | BRUNSON, RAY | | Policy Number: | 42-CH-6062-6 |
| Property: | 6393 DAYBREAK DR | | Type of Loss: | Wind Damage |
| | BARTLETT, TN 38135-9110 | | Deductible: | $500.00 |
| Home: | (901) 377-6740 | | Price List: | TNME2F6B2 |
| | | | | Restoration/Service/Remodel |
| | | | | F = Factored In, D = Do Not Apply |
| | | | Date of Loss: | 05/31/2006 |
| | | | Date Inspected: | 06/30/2006 |

### Summary for Wind Damage

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 1,392.47 |
| Material Sales Tax | @ | 9.250% x | 302.12 | 27.95 |
| Replacement Cost Value | | | | 1,420.42 |
| Less Depreciation (Including Taxes) | | | | (58.68) |
| Less Deductible | | | | (500.00) |
| Net Actual Cash Value Payment | | | | $861.74 |

### Maximum Additional Amounts Available If Incurred:

| | |
|---|---|
| Total Line Item Depreciation (Including Taxes) | 58.68 |
| Total Maximum Additional Amount Available If Incurred | 58.68 |
| Total Amount of Claim If Incurred | $920.42 |

Hildrich, Josh

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

"It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits".

## State Farm Insurance Companies

BRUNSON, RAY                                                                                            07/09/2006

42-B147-032

Room: Roof

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Found no apparent storm related damage to the roof. | | | | | |
| Room Totals: Roof | | | 0.00 | 0.00 | 0.00 |

Room: Exterior/General

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| R&R Window screen, 10 - 16 sf | 4.00 EA | 22.30 | 89.20 | | 89.20 |

Above screens are as follows: one screen on right elevation, one screen on the left elevation and two screens on the rear elevation.

Found no apparent storm related damage to the gutters.

| | | | | | |
|---|---|---|---|---|---|
| Room Totals: Exterior/General | | | 89.20 | 0.00 | 89.20 |

Room: Living Room                                                                LxWxH 31'0" x 15'6" x 8'0"

| | | |
|---|---|---|
| 744.00 SF Walls | 480.50 SF Ceiling | 1,224.50 SF Walls & Ceiling |
| 480.50 SF Floor | 124.00 SF Short Wall | 93.00 LF Floor Perimeter |
| 248.00 SF Long Wall | | 93.00 LF Ceil. Perimeter |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, ready for texture | 32.00 SF | 1.15 | 36.80 | | 36.80 |
| R&R Blown-in insulation - 6" depth - R13 | 32.00 SF | 0.81 | 25.92 | | 25.92 |
| Remove Tear off painted acoustic ceiling (popcorn) texture | 448.50 SF | 0.44 | 197.34 | | 197.34 |

## State Farm Insurance Companies

BRUNSON, RAY                                                                                                07/09/2006

### CONTINUED - Living Room

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Seal/prime the surface area - one coat | 32.00 SF | 0.23 | 7.36 | | 7.36 |
| Acoustic ceiling (popcorn) texture | 480.50 SF | 0.47 | 225.84 | | 225.84 |
| Above used as repairs to the ceiling. | | | | | |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 64.00 SF | 1.29 | 82.56 | | 82.56 |
| R&R Batt insulation - 10" - R30 | 64.00 SF | 1.25 | 80.00 | | 80.00 |
| Seal/prime the surface area - one coat | 64.00 SF | 0.23 | 14.72 | | 14.72 |
| Paint - one coat | 744.00 SF | 0.25 | 186.00 | 46.50 | 139.50 |
| Above used as repairs to the walls. | | | | | |
| Paint door or window opening - 1 coat (per side) | 5.00 EA | 8.59 | 42.95 | 10.74 | 32.21 |
| Content Manipulation charge - per hour | 1.00 HR | 22.50 | 22.50 | | 22.50 |
| Room Totals: Living Room | | | 921.99 | 57.24 | 864.75 |
| Line Item Subtotals: 42-B147-032 | | | 1,011.19 | 57.24 | 953.95 |

| Adjustments for Base Service Charges | Adjustment |
|---|---|
| Carpenter - Mechanic | 93.12 |
| Drywall Installer/Finisher | 145.64 |
| Insulation Installer | 82.52 |
| Painter | 60.00 |
| Total Adjustments for Base Service Charges: | 381.28 |

| Line Item Totals: 42-B147-032 | | | 1,392.47 | 57.24 | 1,335.23 |
|---|---|---|---|---|---|

State Farm Insurance Companies

BRUNSON, RAY                                                                                                                07/09/2006

**Grand Total Areas:**

| | | |
|---|---|---|
| 744.00 SF Walls | 480.50 SF Ceiling | 1,224.50 SF Walls and Ceiling |
| 480.50 SF Floor | 124.00 SF Short Wall | 93.00 LF Floor Perimeter |
| 248.00 SF Long Wall | | 93.00 LF Ceil. Perimeter |

12818

IN THE COURT OF GENERAL SESSIONS
SHELBY COUNTY, TENNESSEE

RAY BRUNSON and
MARY BRUNSON,

    Plaintiffs,

VS.

Docket No. 1160390

STATE FARM FIRE and
CASUALTY COMPANY,

    Defendant.

## NOTICE OF APPEAL

**NOTICE OF APPEAL:**

I, State Farm Fire and Casualty Company, Appellant does hereby give notice that it desires to appeal the decision rendered in this case on March 8, 2007 to the Circuit Court, Shelby County, Tennessee.

    __X__ Filing Fees Paid          _____ Filed as Indigent

**Appellant Signature**

By: _____
Russell C. Rutledge, Attorney for State Farm Fire and Casualty Co.

**Chris Turner, Clerk**

By: _____
Deputy Clerk - General Sessions Court, Shelby County, Tennessee
Date: 3/15/07

167.50
Ru Pd 147.50
20.00

## PARTY INFORMATION:

### Plaintiffs:

Name:      Mike Cook, Attorney for Ray Brunson and Mary Brunson
Address:   871 Ridgeway Loop, Suite 108
           Memphis, TN 38119
Phone No.: 901-682-9655

### Defendant:

Name:      STEWART & WILKINSON, PLLC
           Russell C. Rutledge, Attorney for State Farm Fire and Casualty Co.
Address:   Stewart & Wilkinson, PLLC
           9040 Garden Arbor Drive, Ste. 101
           Germantown, TN 38138
Phone No.: 901-521-8232

F:\FILES\SWWCASES\12\12818\NOTICE OF APPEAL.wpd

## IN THE CIRCUIT COURT OF TENNESSEE
## FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

**RAY BRUNSON and wife,**
**MARY BRUNSON,**

    **Plaintiffs,**

vs.

**STATE FARM FIRE AND**
**CASUALTY COMPANY,**

    **Defendant.**

**DOCKET NO.: CT-001522-07**
**DIV. III**
**JURY DEMANDED**

### PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT

    **COME NOW** the Plaintiffs, Ray Brunson and wife, Mary Brunson, pursuant to the Tennessee Rules of Civil Procedure, and hereby serve upon the Defendant, their First Set of Interrogatories, to be answered by said Defendant separately and fully in writing under oath within thirty (30) days after service hereof as provided in said Rules.

    Answers to these Interrogatories are to be based upon information available to either Defendant or Defendant's attorney. These Interrogatories are to be considered continuing in nature and consequently should information become available at a later date which is relevant to the Interrogatories contained herein, such information should be furnished to the Plaintiffs' attorney immediately.

    **INTERROGATORY NO. 1:** Please state the name and address of each person whom you expect to call as an expert witness at the trial of this matter, and with respect to each such person, please state:

        (a)    His or her field of expertise;

    (b)    The subject matter on which he or she is expected to testify;

    (c)    The substance of the facts and opinions to which the expert is expected to testify; and

    (d)    A summary of the grounds for each of the opinions to which the expert is expected to testify.

**INTERROGATORY NO. 2:** Please state the name, home address, home telephone number and current employer of any and all persons having knowledge of any fact or circumstance pertaining to Mr. and Mrs. Brunson's claim for hail damager to their roof or relevant events preceding or subsequent thereto, and state briefly the knowledge thought to be possessed by each such person.

**INTERROGATORY NO. 3:** Please state the name, home address and home telephone number of all residents of Shelby County, Tipton County or Fayette County, Tennessee who were insured by State Farm Fire and Casualty Company and made a claim for hail damage to their real or personal property as a result of a hail storm on May 31, 2006 and in respect to each such person, please state:

    a)    The policy number and type of policy (e.g. automobile, homeowner, etc.) for each such claim;

    b)    The date each such claim was filed;

    c)    The claim number for each such claim;

    d)    The disposition of each such claim; and

    e)    Whether a lawsuit was filed pertaining to any such claim and if so, the court, docket number and disposition for each such lawsuit.

Respectfully submitted,

*[signature]*

JOSEPH MICHAEL COOK (6385)
**Attorney for Plaintiffs**
7692 Poplar Pike
Germantown, Tennessee 38138
901/753-5898

## CERTIFICATE OF SERVICE

I, Joseph Michael Cook, do hereby certify that a true and exact copy of the foregoing instrument has been served on the attorney for Defendant, Russell C. Rutledge, at 9040 Garden Arbor Drive, Suite 101, Germantown, Tennessee, 38138, via U.S. Mail, postage pre-paid, on this the 24th day of April, 2007.

*[signature]*

JOSEPH MICHAEL COOK

IN THE CIRCUIT COURT OF TENNESSEE
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

RAY BRUNSON and wife,
MARY BRUNSON,

        Plaintiffs,

vs.

STATE FARM FIRE AND
CASUALTY COMPANY,

        Defendant.

DOCKET NO.: CT-001522-07
DIV. III
JURY DEMANDED

## PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT

COME NOW the Plaintiffs, Ray Brunson and wife, Mary Brunson, pursuant to the Tennessee Rules of Civil Procedure, and requests the Defendant to produce documentation and/or material as follows:

**REQUEST NO. 1:** A complete copy of the claim file pertaining to Plaintiffs' claim for hail damage to their home sustained on May 31, 2006. **(THIS REQUEST DOES NOT INCLUDE ANY PRIVILEDGED COMMUNICATION BETWEEN DEFENDANT AND ITS ATTORNEY)**

**REQUEST NO. 2:** A complete copy of the claim files for each claim filed by any resident of Shelby County, Tipton County or Fayette County, Tennessee for hail damage to personal property or real property arising out of a hail storm on May 31, 2006. **(THIS REQUEST DOES NOT INCLUDE ANY PRIVILEDGED COMMUNICATION BETWEEN DEFENDANT AND ITS ATTORNEY)**

**REQUEST NO. 3:** A copy of all claim manuals, directives, bulletins, memoranda, correspondence or any other documentation and/or material setting forth claim handling policies and/or procedures for hail damage claims and including, but not limited to, damage claim resulting from the hail storm on May 31, 2006.

**REQUEST NO. 4:** Copies of all lawsuits filed by any resident of Shelby County, Tipton County or Fayette County, Tennessee pertaining to hail damage from hail storms within the past three (3) years.

Production of the above-requested documentation and/or material is to be made at the law offices of Joseph Michael Cook, 7692 Poplar Pike, Germantown, Tennessee, 38138, within thirty (30) days.

Respectfully submitted,

*/s/ Joseph Michael Cook*
JOSEPH MICHAEL COOK   (6385)
**Attorney for Plaintiffs**
7692 Poplar Pike
Germantown, Tennessee  38138
901/753-5898

## CERTIFICATE OF SERVICE

I, Joseph Michael Cook, do hereby certify that a true and exact copy of the foregoing instrument has been served on the attorney for Defendant, Russell C. Rutledge, at 9040 Garden Arbor Drive, Suite 101, Germantown, Tennessee, 38138, via U.S. Mail, postage pre-paid, on this the 27th day of April, 2007.

*/s/ Joseph Michael Cook*
JOSEPH MICHAEL COOK