IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**RAY BRUNSON and wife, MARY BRUNSON,**

    **Plaintiffs,**

**vs.**                                        **CASE NO.: 2:07-CV-2320**

**STATE FARM FIRE AND CASUALTY COMPANY,**

    **Defendant.**

---

### AGREED ORDER OF COMPROMISE AND DISMISSAL WITH PREJUDICE

---

It appears to the Court, as evidenced by a review of the record, the filing of a stipulated dismissal entry with prejudice, and by the signatures of counsel for the respective parties below, that the parties have compromised and settled the above styled matter and that all matters of controversy between them, filed or unfilled, arising from the facts herein have been resolved.

It is therefore, **ORDERED** that the claims of the Plaintiffs, Ray Brunson and Mary Brunson, are hereby dismissed with prejudice. Each party shall bear their own costs and discretionary expenses. The court costs, if any, shall be taxed in equal parts to Plaintiffs and Defendant for which execution may issue if necessary.

Entered this 22nd day of October, 2008.

                                                 S/ *Samuel H. Mays, Jr.*          .
                                              **JUDGE SAMUEL H. MAYS**
                                              **UNITED STATES DISTRICT JUDGE**

CONSENT AND APPROVED FOR ENTRY:


/s/ Joseph Michael Cook
JOSEPH MICHAEL COOK            (6385)
*Attorney for Plaintiffs*
7692 Poplar Pike
Germantown, Tennessee 38138
901-753-5898



/s/ Joseph E. Ezzie
BRUCE A. McMULLEN (#18126)
STACIE S. WINKLER    (#23098)
MARK A. JOHNSON
JOSEPH E. EZZIE
*Attorneys for Defendant, State Farm Fire &
     Casualty Company*