```
              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

**RAY BRUNSON and wife, MARY BRUNSON,**

    **Plaintiffs,**

v.                                              Cv. No. 07-2320-Ma

**STATE FARM FIRE AND CASUALTY COMPANY,**

    **Defendant.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Agreed Order of Compromise and Dismissal With Prejudice, docketed October 23, 2008.

# APPROVED:

S/ *Samuel H. Mays Jr.*
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| November 19, 2008 | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | S/ *Jean Lee* |
| | (By) DEPUTY CLERK |